**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MELVIN RICHARD ROBINSON III, **Plaintiff,** v. AARON PILGRIM, *et al.*, **Defendants.** | Case No. 20-cv-2965 (GMH) |

## ORDER

For the reasons discussed in the Memorandum Opinion (ECF No. 25) entered contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 21) is **GRANTED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is respectfully directed to close this case.

This is a final, appealable Order.

**SO ORDERED.**

Date:   December 17, 2021

_____
G. MICHAEL HARVEY
United States Magistrate Judge